```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                         Case No. 13-20984-mdc
David J Binder                                                 Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0313-2          User: ChrissyW              Page 1 of 2                  Date Rcvd: Aug 10, 2016
                              Form ID: pdf900             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2016.
db             +David J Binder,    3815 Curly Hill Road,    Doylestown, PA 18902-9103
acc            +Sharer Petree Brotz & Snyder, C.P.A,    Barry R. Sharer, CPA,    1103 Laurel Oak Road,
                 Suite 105B,    Voorhees, NJ 08043-4376
cr             +Tilley Chemical Company,    c/o Christopher E. Fisher,    Tucker Arensberg, P.C.,
                 2 Lemoyne Drive, Suite 200,    Lemoyne, PA 17043-1222
13280451        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13214328        American Express Bank, FSB,    P.O.Box 981535,    El Paso, TX 79998-1535
13280452        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13214333       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: FIA Card Services,    Bank Of America,    P.O.Box 982235,
                 El Paso, TX 79998-2235)
13214329       +Colliers International,    Ten Penn Center,    1801 Market Street, Suite 550,
                 Philadelphia, PA 19103-1632
13214330       +DAL, Inc.,    P.O.Box 162,    Clifton Heights, PA 19018-0162
13214331       +David S. J. Rubin, Esquire,    140 Fell Court, Suite 303,    Hauppauge, NY 11788-4360
13214332       +Drug Plastics & Glass Company, Inc.,    1 Bottle Drive,    Boyertown, PA 19512-8623
13214334        Gatestone & Co. International Inc.,    1000 N. West St., Suite 1200,
                 Wilmington, DE 19801-1058
13214336       +JPMorgan Chase Bank, N.A.,    P.O.Box 24696,    Columbus, OH 43224-0696
13214338       +Strahl & Pitsch, Inc,    230 Great East Neck Road,    West Babylon, NY 11704-7602
13264461       +Strahl and Pitsch,Inc.,    230 Great Neck Road,    West Babylon NY 11704-7602
13264462       +Strahl and Pitsch,Inc.,    David S.J. Rubin,Esquire,    140 Fell Court,    Suite 303,
                 Hauppauge NY 11788-4360
13233743       +Tilley Chemical Co., Inc.,    c/o Ryan P. Siney, Esquire,    TUCKER ARENSBERG, P.C.,
                 2 Lemoyne Drive,    Lemoyne, PA 17043-1222
13214339       +Tilley Chemical Co., Inc.,    501 Chesapeake Park Plaza,    Baltimore, MD 21220-4287
13214340       +Tucker Arensberg,    Attn: Ryan P. Siney, Esquire,    2 Lemoyne Drive, Suite 200,
                 Lemoyne, PA 17043-1222
13214341       +Univest Bank And Trust Company,    P.O.Box 64197,    Souderton, PA 18964-0197
13273515       +Univest Bank and Trust Co.,    Michael A. DeTommaso,Esquire,    PO BOX 1329,
                 Bensalem PA 19020-8329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 11 2016 01:25:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 11 2016 01:25:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13214335        E-mail/Text: cio.bncmail@irs.gov Aug 11 2016 01:24:50     Internal Revenue Service,
                 P.O.Box 7346,    Philadelphia, PA 19101-7346
13214337       +E-mail/Text: leonard.casciole@nationalpenn.com Aug 11 2016 01:24:48     National Penn Bank,
                 P.O.Box 547,    Boyertown, PA 19512-0547
13259990        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2016 01:25:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                                TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13294656*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2           Date Rcvd: Aug 10, 2016
                              Form ID: pdf900             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2016 at the address(es) listed below:
              A. ANTHONY ROHACH    on behalf of Interested Party    Binder Industries,LLC aar@timbyhunt.com
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER E. FISHER    on behalf of Creditor    Tilley Chemical Company cfisher@ssr-attorneys.com
              DEXTER K. CASE    on behalf of Trustee ROBERT H. HOLBER dkc@cdllawoffice.com, dmk@cdllawoffice.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor David J Binder jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              RYAN P. SINEY    on behalf of Creditor    Tilley Chemical Company rsiney@tuckerlaw.com,
               apetronchak@tuckerlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
EASTERN **DISTRICT OF** PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BINDER, DAVID J | § | Case No. 13-20984 MDC |
| | § | |
| Debtor | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert H. Holber, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. BANKRUPTCY COURT CLERK
900 Market Street, Suite 400
Philadelphia, PA 19107

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 09/06/2016 in Courtroom 2,
United States Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/08/2016          By: /s/Robert H. Holber
                                      Robert H. Holber

*Robert H. Holber, Trustee*
*41 E. Front Street*
*Media, PA 19063*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:  §
        §
BINDER, DAVID J   §   Case No. 13-20984 MDC
        §
    Debtor    §
        §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 71,500.00 |
| and approved disbursements of | $ | 21,813.19 |
| leaving a balance on hand of[1] | $ | 49,686.81 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert H. Holber, Trustee | $ 6,750.00 | $ 0.00 | $ 6,750.00 |
| Trustee Expenses: Robert H. Holber, Trustee | $ 27.84 | $ 0.00 | $ 27.84 |
| Attorney for Trustee Fees: Dexter K. Case, Esquire | $ 14,222.50 | $ 14,222.50 | $ 0.00 |
| Attorney for Trustee Expenses: Dexter K. Case, Esquire | $ 570.94 | $ 570.94 | $ 0.00 |
| Accountant for Trustee Fees: SHARER PETREE BROTZ & SNYDER | $ 2,375.90 | $ 0.00 | $ 2,375.90 |

Total to be paid for chapter 7 administrative expenses    $ 9,153.74
Remaining Balance    $ 40,533.07

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 67,303.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 46,944.51 | $ 0.00 | $ 27,225.70 |
| 000003A | INTERNAL REVENUE SERVICE | $ 20,359.12 | $ 0.00 | $ 11,807.37 |

Total to be paid to priority creditors             $ 39,033.07

Remaining Balance                                   $ 1,500.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 98,978.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | STRAHL AND PITSCH, INC. | $ 66,083.34 | $ 0.00 | $ 0.00 |
| 000004 | UNIVEST BANK AND TRUST CO. | $ 16,915.27 | $ 0.00 | $ 0.00 |
| 000005 | AMERICAN EXPRESS BANK, FSB | $ 2,812.49 | $ 0.00 | $ 0.00 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | $ 4,836.93 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | AMERICAN EXPRESS CENTURION BANK | $ 8,330.15 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 1,500.00

Tardily filed claims of general (unsecured) creditors totaling $ 36,225.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | TILLEY CHEMICAL CO., INC. | $ 36,225.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors   $ 0.00

Remaining Balance   $ 1,500.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 36,848.85 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | PENNSYLVANIA DEPARTMENT OF REVENUE | $ 33,593.78 | $ 0.00 | $ 0.00 |
| 000003B | INTERNAL REVENUE SERVICE | $ 3,255.07 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors   $ 0.00

Remaining Balance   $ 1,500.00

Prepared By: /s/Robert H. Holber

Trustee

UST Form 101-7-NFR (10/1/2010) (Page: 4)

*Robert H. Holber, Trustee*
*41 E. Front Street*
*Media, PA 19063*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.