IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

   DAVID J. BINDER          :   CHAPTER: 7

   Debtor                   :

                            :   BANKRUPTCY NO.: 13-20984

## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Chapter 7 Trustee, hereby certify that:

1. A Notice of the Filing of the Final Report of Trustee and Hearing on Application for Compensation was filed on August 9, 2016 and served upon the U.S. Trustee's Office, Debtor's Counsel, Jeffrey C. McCoullough, Esquire, all creditors listed on debtor's matrix and all creditors who filed claims on or about August 9, 2016 by first class, postage pre-paid U.S. mail and/or electronic means.

2. As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.

Date: 09/06/16

ROBERT H. HOLBER, ESQUIRE
Chapter 7 Trustee
41 E. Front Street
Media, PA   19063
(610) 565-5463