IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

BINDER, DAVID J

CHAPTER 7

BANKRUPTCY NO. 13-20984-MDC

Debtor(s).

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT**

AND NOW, this _7th_ day of _September_ 20_16_, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_Magdeline D. C_____

Magdeline D. Coleman
United States Bankruptcy Judge