United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David J Binder  
    Debtor

Case No. 13-20984-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Sep 08, 2016  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2016.  
db          +David J Binder,    3815 Curly Hill Road,    Doylestown, PA 18902-9103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2016 at the address(es) listed below:  
        A. ANTHONY ROHACH    on behalf of Interested Party    Binder Industries,LLC aar@timbyhunt.com  
        ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
         agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        CHRISTOPHER E. FISHER    on behalf of Creditor    Tilley Chemical Company cfisher@ssr-attorneys.com  
        DEXTER K. CASE    on behalf of Trustee ROBERT H. HOLBER dkc@cdllawoffice.com,    dmk@cdllawoffice.com  
        JEFFREY C. MCCULLOUGH    on behalf of Debtor David J Binder jeffmccullough@bondmccullough.com,  
         mbehrlacher@bondmccullough.com  
        ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com  
        ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,  
         rholber@ecf.epiqsystems.com  
        RYAN P. SINEY    on behalf of Creditor    Tilley Chemical Company rsiney@tuckerlaw.com,  
         apetronchak@tuckerlaw.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                        TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
BINDER, DAVID J :
  : Bankruptcy No. 13-20984-MDC
DEBTOR :

ORDER OF DISTRIBUTION

AND NOW, this ___7th___ day of __September__, 2016, the Trustee, <u>Robert H. Holber, TRUSTEE</u>, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

DATED: _____