United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-20984-mdc
David J Binder                                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Sep 08, 2016
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2016.
db             +David J Binder,   3815 Curly Hill Road,   Doylestown, PA 18902-9103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
      A. ANTHONY ROHACH    on behalf of Interested Party    Binder Industries,LLC aar@timbyhunt.com
      ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
      CHRISTOPHER E. FISHER    on behalf of Creditor    Tilley Chemical Company cfisher@ssr-attorneys.com
      DEXTER K. CASE    on behalf of Trustee ROBERT H. HOLBER dkc@cdllawoffice.com,   dmk@cdllawoffice.com
      JEFFREY C. MCCULLOUGH    on behalf of Debtor David J Binder jeffmccullough@bondmccullough.com,
       mbehrlacher@bondmccullough.com
      ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
      ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
       rholber@ecf.epiqsystems.com
      RYAN P. SINEY    on behalf of Creditor    Tilley Chemical Company rsiney@tuckerlaw.com,
       apetronchak@tuckerlaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

BINDER, DAVID J

CHAPTER 7

BANKRUPTCY NO. 13-20984-MDC

Debtor(s).

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this __7th__ day of __September__ 20__16__, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

Magdeline D. Coleman
United States Bankruptcy Judge