United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-20984-mdc
David J Binder                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW           Page 1 of 1            Date Rcvd: Sep 08, 2016
                          Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2016.
db              +David J Binder,    3815 Curly Hill Road,    Doylestown, PA 18902-9103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2016 at the address(es) listed below:
              A. ANTHONY ROHACH    on behalf of Interested Party    Binder Industries,LLC aar@timbyhunt.com
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER E. FISHER    on behalf of Creditor    Tilley Chemical Company cfisher@ssr-attorneys.com
              DEXTER K. CASE    on behalf of Trustee ROBERT H. HOLBER dkc@cdllawoffice.com, dmk@cdllawoffice.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor David J Binder jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              RYAN P. SINEY    on behalf of Creditor    Tilley Chemical Company rsiney@tuckerlaw.com,
               apetronchak@tuckerlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
BINDER, DAVID J :
 : Bankruptcy No. 13-20984-MDC
DEBTOR :

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 7th day of September, 2016, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $6,750.00 is reasonable compensation for the services rendered in this case by Robert H. Holber, Esquire, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $27.84 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court:

_____
Magdeline D. C
United States Bankruptcy Judge