# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: David J Binder  
        Debtor(s)

CHAPTER 7

BKY. NO. 13-20984 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8060

                          Respectfully submitted,

                          **/s/Thomas Puleo, Esquire**  
                          Thomas Puleo, Esquire  
                          Brian C. Nicholas, Esquire  
                          KML Law Group, P.C.  
                          701 Market Street, Suite 5000  
                          Philadelphia, PA 19106-1532  
                          (215) 825-6306  FAX (215) 825-6406