```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 13-20984-mdc
David J Binder                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW           Page 1 of 1          Date Rcvd: May 03, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
db             +David J Binder,   3815 Curly Hill Road,   Doylestown, PA 18902-9103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
              A. ANTHONY ROHACH    on behalf of Interested Party    Binder Industries,LLC aar@timbyhunt.com
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER E. FISHER    on behalf of Creditor    Tilley Chemical Company cfisher@ssr-attorneys.com
              DEXTER K. CASE    on behalf of Trustee ROBERT H. HOLBER dkc@cdllawoffice.com, dmk@cdllawoffice.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor David J Binder jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              RYAN P. SINEY    on behalf of Creditor    Tilley Chemical Company rsiney@tuckerlaw.com,
               apetronchak@tuckerlaw.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

David J. Binder                                     CHAPTER 7

    Debtor(s)                                 BANKRUPTCY NO.   13-20984-MDC

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

NOW, this 2nd day of May, 2017, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT

_____
The Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge